# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150253 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                            SC:  150253
                                            COA:  321596
                                            Wayne CC:  06-014546-FC

CONTRELLE ARDELL HARBIN,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the September 19, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015



Clerk

a0720